No. 83–963.   BOARD OF LICENSE COMMISSIONERS OF THE TOWN OF TIVERTON *v.* PASTORE, LIQUOR CONTROL ADMINISTRATOR OF RHODE ISLAND, ET AL.   Sup. Ct. R. I.   Certiorari granted.